# United States District Court
# Western District of North Carolina
# Division

| | | |
|---|---|---|
| CHARLES CORRIHER, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff | ) | 1:14-CV-50 |
| | ) | |
| vs. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Commissioner of Social Security. | ) | |
| | ) | |
| Defendant | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 3, 2015 Order.

                                    September 3, 2015

_____
Frank G. Johns, Clerk
United States District Court